IN THE US DISTRICT COURT OF THE
NORTHER DISTRICT, EASTERN DIVISION, ILLINOIS

Case No.  08CV6861
Hearing Date  10/22/09

Interrogatory - At the time of service of the garnishment summons, did you have in your custody or control any personal property or monies belonging to the judgment debtor? Answer: YES (yes or no)

## ANSWER

I, J P DARENSBOURG, certify under penalty of perjury that with regard to the property of the judgment debtor, the Garnishee/Respondent files the following answers to this Garnishment and on the day of Service of the Garnishment Summons had possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

A) Savings Account $
   **Account Number**                              **Hold Amount**

B) Checking and/or Now Account $
   **Account Number**                              **Hold Amount**
   685607251                                       $20,241.29

C) Certificate of Deposit $
   **Account Number**                              **Hold Amount**

D) Money Market Account (Amount held) $_____

E) Trust Account (Amount held) $_____

F) Safety Deposit Box $_____

G) No Accounts_____

H) Adverse Claimant: Name    Address


I) Wages, Salary or Commissions_____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub-Total :$20,241.29

Less right of offset for other loans
Less deduction for fees limited by
205 ILCS 5/48.1 _____

Total :$20,241.29

According to the business records kept by the Citation Respondent, we show the above information to be correct.

Exh. 1

COAL-05Oct09-2112                                                Page 1 of 2

Agent/for Citation Respondent

Tuesday, October 06. 2009
Date

Respondent/ Agent
Business Name : JPMorgan Chase Bank, N.A.
Address: 451 Florida Street P.O. Box 260164 Baton Rouge, LA 70826
Phone : (225) 332-7250
Fax : (225) 332-7274

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant