UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

OCT X 3 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TEAMSTERS LOCAL UNION NO. 727 HEALTH )
AND WELFARE FUND, et al., )
                                Plaintiff )
-vs- )
GSSP ENTERPRISE, INC., an Ohio Corporation, )
                               Defendant )
                   and )
JP MORGAN CHASE BANK, )
                   Garnishee-Defendant )

Case No. 08 CV 6861

Judge Zagel

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

    ROBERT B. GREENBERG    on oath states:

1. Judgment was entered on __August 13, 2009__, for judgment creditor(s) __TEAMSTERS LOCAL UNION NO. 727 HEALTH & WELFARE FUND,__ and against judgment debtor(s) __GSSP ENTERPRISE, INC., an Ohio Corporation,__ for $ __125,838.19__ and costs.

2. $ __0__ has been paid on judgment.

3. There is unpaid on the judgment:
$ __125,838.19__ principal
$ _____ costs
$ _____ interest
$ __125,838.19__ TOTAL

4. I believe garnishee __JP MORGAN CHASE BANK,__ is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT**

EXECUTED ON: __10-2-__, 2009.

*/s/ R.B.G.*

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd., - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500

Exh. 2