THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, et al., <br>                       Plaintiff <br> -vs- <br><br> GSSP ENTERPRISE, INC., an Ohio Corporation, <br>                       Defendant <br> and <br><br> JP MORGAN CHASE BANK, <br>                       Garnishee-Defendant | Case No. 08 CV 6861 <br><br> Judge Zagel <br><br> Mag. Judge Ashman |

## MOTION FOR JUDGMENT ON GARNISHMENT ANSWER

NOW COME the Plaintiffs, TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, et al., by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $2,593.05 in favor of Plaintiffs and against Garnishee Defendant, JP MORGAN CHASE BANK, pursuant to Garnishee's answer to Plaintiffs' garnishment attached hereto as Exhibits "1 and 2," and further to order Garnishee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

                                                /s/ Robert B. Greenberg
                                                Asher, Gittler, Greenfield & D'Alba, Ltd.
                                                200 West Jackson Boulevard, Suite 1900
                                                Chicago, Illinois 60606
                                                (312) 263-1500
                                                Fax: (312) 263-1520
                                                rbg@ulaw.com
                                                IL ARDC#: 01047558

Dated: January 4, 2010