UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TEAMSTERS LOCAL UNION NO. 727 HEALTH )
AND WELFARE FUND, et al., )
                           Plaintiff )
                -vs- )
GSSP ENTERPRISE, INC. an Ohio Corporation, )
                       Defendant )   Case No. 08 CV 6861
             and )   Judge Zagel
JP MORGAN CHASE BANK, )
            Garnishee-Defendant )

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control of any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: __Yes__
                (Yes or No)

2. If your answer is yes, describe the property:

__CHECKING ACCOUNT #...7251  $ 2593.05  SOLE OWNER__

_____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: __NO__
                (Yes or No)

4. If your answer is yes, state:

    Description: _____
    Amount:     $ _____
    Date Due: _____

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor

                                                  _[signature]_
                                                  For Garnishee Defendant

21Dec09-621                            Exh. 1