

DEC 18 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TEAMSTERS LOCAL UNION NO. 727 HEALTH )
AND WELFARE FUND, et al., )
                             Plaintiff )
          -vs- )
GSSP ENTERPRISE, INC., an Ohio Corporation, )
                        Defendant )     Case No. 08 CV 6861
          and )     Judge Zagel
JP MORGAN CHASE BANK, )
            Garnishee-Defendant )

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____ ROBERT B. GREENBERG _____ on oath states:

    1.    Judgment was entered on ____ August 13, 2009 ____, for judgment creditor(s) __TEAMSTERS LOCAL UNION NO. 727 HEALTH & WELFARE FUND,_____ and against judgment debtor(s) _____ GSSP ENTERPRISE, INC., an Ohio Corporation, _____ for $_____ 125,838.19 _____ and costs.

    2.    $ _20,241.29_____ has been paid on judgment.

    3.    There is unpaid on the judgment:
$ 105,596.90 _____ principal
$_____ costs
$_____ interest
$ 105,596.90 _____ TOTAL

    4.    I believe garnishee ____ JP MORGAN CHASE BANK, ____ is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

    5.    I request that summons issue directed to garnishee.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED ON _12-16_____ 2009

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd. - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500

Exh. "2"